**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 04-7724**

―――――――――

CHARLES JONES, a/k/a Nicholas Warner Jones,
a/k/a Jeffrey Victor Warner,

Plaintiff - Appellant,

versus

COURT OF APPEALS; GOVERNOR OF THE STATE OF
MARYLAND; MARVIN B. STEINBERG, Maryland State
Judge; ARRIE W. DAVIS, Maryland State Judge;
DIANE ELIZABETH KELLER, Assistant Attorney
General,

Defendants - Appellees.

―――――――――

Appeal from the United States District Court for the District of
Maryland, at Baltimore. Richard D. Bennett, District Judge. (CA-
04-3153-RDB)

―――――――――

Submitted: December 16, 2004      Decided: December 28, 2004

―――――――――

Before MICHAEL, KING, and SHEDD, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Charles Jones, Appellant Pro Se.

―――――――――

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Charles Jones appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Jones v. Court of Appeals, No. CA-04-3153-RDB (D. Md. filed Oct. 7, 2004; entered Oct. 8, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED